IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUBREY DERUNTE LEWIS,

    Petitioner

v.

WARDEN ANTOINE CALDWELL; and
HON. VICKI S. BASS, Assistant
Attorney General,

    Respondents

CIVIL ACTION FILE NO.
1:17-CV-3773-ODE-RGV

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed October 16, 2017 [Doc. 6] ("R&R"). No objections have been filed.

In the R&R, Judge Vineyard recommends that this federal habeas action be dismissed under Rule 4[1] and that a certificate of appealability be denied.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, the petition [Doc. 1] is DISMISSED and a certificate of appealability is DENIED.

SO ORDERED, this 21 day of November, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.